UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Doyma Vanessa Michel,

        Defendant.

CASE NO. 09CR1334-W

**JUDGMENT OF DISMISSAL**

FILED
JUL 10 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense of: 18 USC 545, 18 USC 2.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/10/09

                              Thomas J. Whelan
                              UNITED STATES DISTRICT JUDGE